1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| | |
|---|---|
| BONAWYNN CARTER, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:16-cv-09616 TJH (JPRx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE [JS-6]** |

18

19      Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this

20 matter shall be dismissed as to all parties, with prejudice, and in its entirety.  Each

21 party is to bear their own attorneys' fees and costs.

22

23

DATED: November 6, 2017     _____

24

HON. TERRY J. HATTER, JR.

25 UNITED STATES DISTRICT JUDGE

26

27

28